IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

MICHAEL F. CORCORAN,

      Plaintiff,                                      Case No.

vs.

PHILLIPS & COHEN ASSOCIATES, LTD.

      Defendant.                                    December 21, 2011

---

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendant, Phillips & Cohen Associates, Ltd. ("PCA"), which hereby removes from the Superior Court, J.D. of New Haven, State of Connecticut, the following described lawsuit, and respectfully states as follows:

    1.    PCA is the only defendant in the civil action served, but not yet filed by plaintiff, Michael F. Corcoran, in the Superior Court, J.D. of New Haven, State of Connecticut, captioned as *Corcoran, Michael F. v. Phillips & Cohen Associates, Ltd.*, Case No. (to be provided) (hereinafter the "State Court Action").

    2.    Pursuant to 28 U.S.C. §§ 1441 and 1446, PCA removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

1

3.      The Complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, as well as state law claims.

4.      Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over Plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k, and supplemental jurisdiction over any remaining pendent state law claims pursuant to 28 U.S.C. § 1367(a).

5.      Pursuant to 28 U.S.C. § 1446(b), PCA has timely filed this Notice of Removal. Plaintiff's Complaint was served on or around December 1, 2011. This Notice of Removal is filed within thirty (30) days of receipt of the State Court Action Complaint by PCA and is, therefore, timely filed under 28 U.S.C. § 1446(b).

6.      A copy of all state processes, pleadings and orders served upon PCA in the State Court Action is being filed with this Notice and is attached hereto as Exhibit "1."

WHEREFORE, Phillips & Cohen Associates, Ltd. removes the case styled *Corcoran, Michael F. v. Phillips & Cohen Associates, Ltd.*, Case No. (to be provided), from the Superior Court, J.D. of New Haven, State of Connecticut, on this 21st day of December, 2011.

THE DEFENDANT,
PHILLIPS & COHEN ASSOCIATES, LTD.

BY: _____
Walter A. Shalvoy, Jr. ct25132
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT  06605-1729
Telephone: (203) 367-2700
Facsimile: (203) 335-0589

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent of this 21st day of December 2011 to all counsel and pro se parties of record as follows:

Theresa Rose DeGray, Esq.
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 006437

BY: _____
Walter A. Shalvoy, Jr.