# SUMMONS - CIVIL
**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven 06510 | 203-503-6800 | 02 / 07 / 2012 |

| Judicial District [X] / Housing Session [ ] | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **New Haven** | Case type code (See list on page 2) Major: **M**  Minor: **90** |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, P.O. BOX 474, Guilford 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| 203-458-8200 | |

Number of Plaintiffs: 1   Number of Defendants: 1   [ ] Form JD-CV-2 attached for additional parties

| Parties | | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|---|
| First Plaintiff | Name: Address: | Corcoran, Michael F. 42 Tabor Drive; Branford; CT; 06405 | P-01 |
| Additional Plaintiff | Name: Address: | | P-02 |
| First Defendant | Name: Address: | Phillips & Cohen Associates, LTD 1002 Justison Street; Wilmington; DE; 19801 | D-50 |
| Additional Defendant | Name: Address: | | D-51 |
| Additional Defendant | Name: Address: | | D-52 |
| Additional Defendant | Name: Address: | | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left: **Theresa Rose Nickols DeGray** | Date signed: 12-01-11 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250

| Signed (Official taking recognizance; "X" proper box) | [ ] Commissioner of the Superior Court [ ] Assistant Clerk | Date | Docket Number |

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 7, 2012 | : | SUPERIOR COURT |
| CORCORAN, MICHAEL F. | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| PHILLIPS & COHEN ASSOCIATES, LTD | : | DECEMBER 1, 2011 |

## COMPLAINT

### COUNT ONE (Fair Debt Collection Practices Act)

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692k and 28 U.S.C. §§ 1331 and 1367.

3. The Plaintiff is an alleged "consumer debtor" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.) and is a "consumer" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing in Branford, Connecticut.

4. The Defendant has a business address of 1002 Justison Street, Wilmington, Delaware, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.).

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

6. The Defendant was attempting to collect an alleged debt that was used by the Plaintiff for personal purchases.

7. The Defendant sent an initial dunning letter, dated December 27, 2010, to the Plaintiff; a copy of the letter is attached hereto as Exhibit A.

8. On January 4, 2011, the Plaintiff sent a letter by facsimile to the Defendant for the following reasons: (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a copy of the letter is attached hereto as Exhibit B along with the fax transmittal confirmation receipt therefor.

9. Pursuant to statutory law, the Defendant should then have ceased further collection activity with respect to the alleged debt, until such time as the Defendant provided to the Plaintiff all of the requested information outlined in Exhibit B.

10. However, the Defendant sent a second dunning letter, dated January 25, 2011, to the Plaintiff, in violation of § 1692g(b); a copy of the letter is attached hereto as Exhibit C.

11. As a result of its acts or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

**COUNT TWO (Connecticut Unfair Trade Practices Act)**

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. §§ 42-110 et seq.).

14. The Defendant is a "person" as defined by the C.G.S. § 42-110 et seq.

15. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a) in the conduct of the trade or commerce alleged in this Complaint, in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

16. The Defendant's conduct, which violated the FDCPA, deprived the Plaintiff of the benefit of his bargain with the alleged original creditor, which was that any attempt by

the original creditor or its successor in interest to collect upon his consumer credit account would be in accordance with Federal and State law.

17. The Defendant's conduct resulted in an ascertainable loss of money or property, including the loss of money and time from work.

18. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Connecticut Unfair Trade Practices Act.

**COUNT THREE**

19. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20. All of the Defendant's acts, or omissions to act, averred in this Complaint caused intentional infliction of emotional distress on the Plaintiff.

21. All of the Defendant's acts, or omissions to act, averred in this Complaint caused negligent infliction of emotional distress on the Plaintiff.

22. The conduct of the Defendant alleged in this Complaint constitutes an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights, in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness, and that the implications of the Defendant's conduct were without reasonable justification or excuse.

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 7, 2012 | : | SUPERIOR COURT |
| CORCORAN, MICHAEL F. | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| PHILLIPS & COHEN ASSOCIATES, LTD | : | DECEMBER 1, 2011 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above-captioned matter claims an amount in excess of $2,500.00 against the Defendant.

THE PLAINTIFF
Michael F. Corcoran

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

WHEREFORE, the Plaintiff claims:

1. Actual money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Forgiveness of the alleged debt;
6. Attorney's fees and costs, pursuant to C.G.S. § 42-110g(d); and
7. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Michael F. Corcoran

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

**Phillips & Cohen Associates, Ltd.**
Ph 800-477-6441 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

PO Box 5790
Hauppauge, NY 11788-0164
RETURN SERVICE REQUESTED

December 27, 2010

17635866-558    454971949

MF Corcoran Inc
42 Tabor Dr
Branford CT 06405-5226

Phillips & Cohen Associates, Ltd.
Mail Stop: 151
1002 Justison Street
Wilmington, DE 19801-5148

Reference #: 17635866
Balance: $10,907.15

CHECK CARD USING FOR PAYMENT
CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | EXP. DATE
CARDHOLDER NAME | AMOUNT
CARDHOLDER SIGNATURE

***PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT***

Re:  Client:              Advanta Credit Cards
     Original Creditor:   Pca001
     Orig. Acct#:         9013
     Reference#:          17635866
     Balance:             $10,907.15

Dear MF Corcoran Inc:

Your account has been referred to our office for collection on behalf of our above referenced client. To resolve this matter and prevent any further collection activity, full payment should be sent to this office at the address above.

IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT! YOU MAY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.

**\*\* IMPORTANT CONSUMER INFORMATION \*\***

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.


PLAINTIFF'S EXHIBIT A

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 800-477-6441



**Michael F. Corcoran**
**42 Tabor Dr.**
**Branford, CT 06405**

SENT BY FAX
(302) 368-0970

January 4, 2011

To: Phillips & Cohen Associates, LTD
Alleged Creditor: Advanta Credit Cards
Alleged Account No.: -9013

Dear Sir or Madam:

I received your letter dated December 27, 2010 requesting payment of the above-noted account. However, I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Explain how you calculated the amount owed
4) Copies of all signed receipts

Once I receive the information, I will review it and get back to you.

Thank you for your attention to this matter.

Sincerely,

*Michael F. Corcoran*

File


PLAINTIFF'S EXHIBIT B

*** TRANSMISSION REPORT ***

JAN 4,2011   15:36    Model # 6200 Series

| START TIME | SENT TO | PAGES | RESULT |
|---|---|---|---|
| 15:35 | #6713023680970 | 1 | OK |



PLAINTIFF'S EXHIBIT B

**Phillips & Cohen Associates, Ltd.**
Ph 800-477-6441 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

PO Box 5790
Hauppauge, NY 11788-0164
RETURN SERVICE REQUESTED

January 25, 2011

Phillips & Cohen Associates, Ltd.
Mail Stop: 151
1002 Justison Street
Wilmington, DE 19801-5148

17635866-592       478106554

Mfcorcoraninc
42 Tabor Dr
Branford CT 06405-5226

Reference #: 17635866
Balance: $10,907.15

**PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT**

Re: Client:             **Advanta Credit Cards**
    Original Creditor:  **Advanta Bank Corp**
    Client Acct #:      **************8013
    Reference #:        17635866
    Balance:            $10,907.15

Dear Mfcorcoraninc:

We had hoped that you would resolve your financial obligation with Advanta Credit Cards prior to initiating further collection activity to recover the amount owed to them. Apparently that is not the case.

In an effort to reach a mutually acceptable remedy to this matter, our client has agreed to offer you the opportunity to settle this indebtedness for 55% of the amount owed or $5,998.93. If this matter remains unresolved, we will have no other alternative but to evaluate your credit history and present financial circumstances, then proceed accordingly.

You now have an extremely important decision to make. The wrong choice could ultimately be more costly to you in the future, as this offer to settle at a reduced rate may not be available.

If you are unable to pay in full or settle at the reduced rate, contact our office today. You may qualify for our hardship program. However, please be advised that your failure to respond will leave us with no option but to use the resources of this agency to explore all means of recovering the total amount due to our client.

Time is of the essence. We genuinely hope that you resolve this obligation without the need for further collection activity. Should you have any questions regarding this matter please call at the above referenced number.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.


PLAINTIFF'S EXHIBIT C