IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

**MICHAEL F. CORCORAN,**

      Plaintiff,                                    Case No. 3:11-cv-01976-JBA

    v.

**PHILLIPS & COHEN ASSOCIATES, LTD.**

      Defendant.
_____

## NOTICE OF PENDING SETTLEMENT

Defendant, Phillips & Cohen Associates, Ltd., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                   Respectfully submitted,

                                                     /s/ Whitney L. White
                                                    Whitney L. White pvh05185
                                                    **Sessions, Fishman, Nathan & Israel, LLC**
                                                     900 Jackson Street, Suite 440
                                                     Dallas, Texas 75202
                                                     Telephone:  214-741-3001
                                                     Facsimile:  214-741-3055
                                                     Email: wwhite@sessions-law.biz

Walther A. Shalvoy, Jr., Esq.
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT  06605-1729
Telephone: (203) 367-2700
Facsimile: (203) 335-0589

Attorneys for Defendant,
Phillips & Cohen Associates, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, a copy of the foregoing **Notice of Pending Settlement** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Whitney L. White
Whitney L. White pvh05185
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055
Email: wwhite@sessions-law.biz