UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Corcoran,<br>  *Plaintiff*,<br><br>  v.<br><br>Phillips & Cohen Associates,<br>  *Defendant.* | Civil No. 3:11cv1976 (JBA) |

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has been resolved and that no further action in this matter is required.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before March 6, 2012.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel in resolving this matter. The Clerk is directed to close this case.

            IT IS SO ORDERED.


            /s/_____
            Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut this 6th day of February, 2012.